UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLORIMAR MANAGEMENT COMPANY

    V.

THE UNITED STATES SMALL
BUSINESS ADMINISTRATION, et al.

CASE NUMBER: CIVIL 98-1517 (RLA)

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 8/30/99    Docket # 99<br>[X] **Plffs**    [ ] **Defts**<br>[ ] **Other**<br><br>Title: Motion Requesting Extension of Time to File Reply to Motion Filed by Defendants Raquel Font d/b/a Dynamic Properties Realty, David Díaz in His Personal Capacity and Sterling Auctioneers Inc. | GRANTED but only **until September 17, 1999.**<br><br>This order shall be notified by FAX. |

August 31, 1999
    Date

RAYMOND L. ACOSTA
U.S. District Judge

Quiñones,
Cordero     } by fax
Vázquez
Font - thru new noticing sys.
9/3/99

Rec'd:          EOD:

BY:            # 101