IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLORIMAR MANAGEMENT COMPANY,

    Plaintiff,

    v.                        CIVIL NO. 98-1517 (RLA)

THE UNITED STATES SMALL
BUSINESS ADMINISTRATION;
RAQUEL FONT, d/b/a DYNAMIC
PROPERTIES REALTY; STERLING
AUCTIONEERS, INC.; DAVID DIAZ
in his personal capacity,

    Defendants.

**FINAL JUDGMENT**

    The Stipulation for Dismissal of Action With Prejudice (**docket No. 103**, filed by the parties on September 17, 1999) is hereby **GRANTED**.

    Accordingly, it is hereby ORDERED and ADJUDGED that the complaint filed in this action against THE UNITED STATES SMALL BUSINESS ADMINISTRATION and RAQUEL FONT, d/b/a DYNAMIC PROPERTIES REALTY be and the same is hereby **DISMISSED with prejudice** without the imposition of costs or attorneys' fees.

    It further appearing that plaintiff has no interest in pursuing its claims against defaulted defendants DAVID DIAZ and STERLING AUCTIONEERS, INC.,[1] it is further ORDERED and ADJUDGED that the claims

---

[1] See Notice of Dismissal of Action filed by plaintiff on September 22, 1999.

CIVIL NO. 98-1517 (RLA)                                                   Page 2

---

filed by plaintiff in this action against DAVID DIAZ in his personal capacity and STERLING AUCTIONEERS, INC., be and the same are hereby **DISMISSED with prejudice** without the imposition of costs or attorneys' fees.[2]

IT IS FURTHER ORDERED that the COUNTERCLAIM filed by the SMALL BUSINESS ADMINISTRATION against plaintiff be and the same is hereby **DISMISSED with prejudice** without the imposition of costs or attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of September, 1999.

RAYMOND L. ACOSTA
United States District Judge

---

[2] The Motion for Attorney's Fees...(**docket No. 104**) filed on September 20, 1999, by defaulted defendants David Diaz and Sterling Auctioneers, Inc., is **DENIED**.

AO 72
(Rev 8/82)